IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL HICKENBOTTOM,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF SAN RAFAEL,<br><br>      Defendant.<br>_____/ | No. C 10-2025 SI<br><br>**ORDER TRANSFERRING CASE TO SUPERIOR COURT FOR THE COUNTY OF MARIN** |

In an order filed October 13, 2010, the Court directed plaintiff that if he wished to challenge the City of San Rafael's rejection of his tort claim as untimely, plaintiff should file a statement so informing the Court no later than October 29, 2010, and that the Court would transfer this case to state court. The October 13, 2010 order also informed plaintiff that if, on the other hand, he wished to file an amended complaint in federal court, he must do so no later than November 5, 2010.

On October 26, 2010, plaintiff faxed a statement dated October 25, 2010 to the Court's Clerk, and that statement was filed on the docket on October 27, 2010. Plaintiff has not filed an amended complaint. Plaintiff's October 25, 2010 statement states that he does want to challenge the City of San Rafael's rejection of his claim as untimely. Accordingly, pursuant to California Government Code § 946.6(a), the Court TRANSFERS this action to the Superior Court for the County of Marin. If plaintiff wishes to assert additional claims, he may seek to do so in that court.

**IT IS SO ORDERED.**

Dated: November 12, 2010

                                                    SUSAN ILLSTON<br>
                                                  United States District Judge